STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
NAHUM CHAVEZ-MARTINEZ

**Filed**

APR 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00633-DLJ |
| | No. CR 12-00796-DLJ |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING |
| NAHUM CHAVEZ-MARTINEZ, | |
| Defendant. | |

1. Mr. Chavez was indicted on August 22, 2012, for a violation of 8 U.S.C. § 1326 (case number CR 12-00633-DLJ). Thereafter, on November 7, 2012, Mr. Chavez was separately indicted for a violation of 21 U.S.C. § 841 (a)(1) (case number CR 12-00796-DLJ).

2. Following plea negotiations with the United States, Mr. Chavez changed his pleas to guilty before this Honorable Court on January 17, 2013. The sentencing hearing was scheduled for April 11, 2013.

3. Counsel for Mr. Chavez has missed a great deal of time from work during the last month or so, due to the sickness of a child that culminated in a hospital admission. As a result, Counsel has not been able to meet with Ms. Bel'Ochi, the United States Probation Officer ("USPO Bel'Ochi") assigned to prepare the Presentence Report ("PSR"), to conduct the

1  presentence investigation interview.  Consequently, USPO Bel'Ochi has not been able to prepare

2  a PSR.

3     4.  Accordingly, the sentencing hearing shall be continued from April 11, 2013 to July

4  11, 2013, at 9:00 a.m.

5     IT IS SO ORDERED.

6

7  Dated:  APRIL 4, 2013

8  _____
   HON. D. LOWELL JENSEN
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26